IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS AGNES | CRIMINAL<br>NO. 93-314 |

**ORDER**

**AND NOW**, this 12th day of September, 2017, upon consideration of Defendant's motion for early termination of supervised release (ECF No. 120), the response to Defendant's motion (ECF No. 123), and the factors set forth in 18 U.S.C. § 3583(e)(1), it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.